IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

EMERSON TUCKER,                        )
                                       )
                Plaintiff,             )
                                       )
     v.                                )     No.  08 C 684
                                       )
DETECTIVE JOHN CLIMACK, et al.,        )
                                       )
                Defendants.            )

MEMORANDUM ORDER

On February 4, 2008 this Court issued a brief memorandum order that identified some problems with the self-prepared Complaint filed by Emerson Tucker ("Tucker"), based on his having been extradited from New York City to Chicago in January of this year.  Although fully a month has elapsed since then, nothing further has come from Tucker to follow up on any relief that might be needed from this Court.

Accordingly this action is dismissed for want of prosecution.  Nonlawyer Tucker is advised that he has until March 18, 2008 to file an appropriate motion for reconsideration if he is in fact entitled to any relief, after which the standard for any possible reassertion of his claim becomes the more difficult one set out in Fed. R. Civ. P. 60(b).

_____
Milton I. Shadur
Senior United States District Judge

Date:  March 4, 2008